

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
WASHINGTON, D.C. 20549-4010-A

DIVISION OF
ENFORCEMENT

Richard Hong
Assistant Chief Litigation Counsel
Telephone: (202) 551-4431
Facsimile: (202) 772-9245

September 24, 2009

**Via ECF**

The Honorable William H. Walls
United States District Judge
Martin Luther King, Jr. Federal Building &
United States Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: <u>SEC v. Lucent Technologies Inc., et al.</u>, Civil Action No. 04-CV-2315 (WHW)

Dear Judge Walls:

    Pursuant to Your Honor's law clerk's instruction, Plaintiff Securities and Exchange Commission respectfully submits this letter to confirm that the Court will hold oral argument on Plaintiff SEC's Motion for Entry of Final Judgment Pursuant to Fed. R. Civ. P. 54(b), or for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) on November 9, 2009, at 11 a.m.

                                          Respectfully submitted,

                                          Richard Hong

cc: Counsel of record (via ECF)